IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| REGINALD B. WARE, | : |
| Plaintiff, | : |
| vs. | : |
| MIDLAND FUNDING LLC, MIDLAND CREDIT MANAGEMENT, FREDRICK J HANNAH & ASSOCIATES, M. SCOTT PESKIN, CLAYTON MOSLEY, and W. JEREMY SALTER, | : CIVIL ACTION NO. 1:13-CV-00020-CC |
| Defendants.[1] | : |

## ORDER

This matter is before the Court on the Non-Final Report and Recommendation ("Non-Final R&R") [Doc. No. 26] and the Final Report and Recommendation ("Final R&R") [Doc. No. 30] issued by Magistrate Judge Gerrilyn G. Brill on September 12, 2013, and October 18, 2013, respectively.

The record reflects that no objections to the Non-Final R&R or the Final R&R have been filed and that the time for filing objections has elapsed. Therefore, after carefully reviewing the Non-Final R&R and the Final R&R for plain error according to United States v. Slay, 714 F.2d 1093, 1095 (11th Cir. 1983), the Court finds that they are correct both in fact and in law. Accordingly, the Court **ADOPTS** the Non-Final Report and Recommendation [Doc. No. 26] and the Final Report and Recommendation [Doc. No. 30].

**(SIGNATURE ON THE FOLLOWING PAGE)**

---

[1] The Court notes that there is an inconsistency in the record with respect to the spelling of Defendant Fredrick J Hannah & Associates' name and Defendant Clayton Mosley's name. (Compare Doc. No. 3, with Doc. No. 21.)

SO ORDERED this 25th day of November, 2013.

*s/   CLARENCE COOPER*

CLARENCE COOPER
SENIOR UNITED STATES DISTRICT JUDGE